| 60 | 485 |
| 69L | 138 |

</div>

ROBERT FAIR et al., complainants and respondents,

*v.*

THE FIRST METHODIST EPISCOPAL CHURCH OF BLOOMING-DALE et al., defendants and appellants.

[Filed June 18th, 1900.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *12 Dick. Ch. Rep. 496.*

*Mr. Ralph Shaw,* for the appellants.

*Mr. George Biller,* for the respondents.

PER CURIAM.

The decree appealed from was made upon the advice of Vice-Chancellor Pitney, and will be affirmed, for the reasons given by him in his opinion below.

*For affirmance*—The Chancellor, Chief-Justice, Depue, Van Syckel, Dixon, Garrison, Lippincott, Ludlow, Collins, Bogert, Hendrickson, Adams, Vredenburgh, Voorhees—14.

*For reversal*—None.